IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

(Tucson Division)　　　　　　　　**CRIMINAL MINUTES**

 08/　739　/　　　　　　Date:　May 27, 2009
Yr　　Case No.　Dft#

 X　Hon. RANER C. COLLINS　　#7024

USA v.　　VICTOR MANUEL DIAZ-OZUNA
　　　　　　FIRST NAME　　　MIDDLE NAME　　　　LAST NAME
DEFENDANT:　 X  Present　　　Not Present　　　Released　 X  Custody　　　Writ

Deputy Clerk: Maureen Gorski　　　Crt Reporter: Erica Grund

U. S. Atty: Serra Tsethlikai/Joseph Hanley　Dft Atty: Edward Laber
　　　　　　　　　　　　　　　　　　　 X  pres　　 x  appt.　　　ret'd
Intrptr: Patrick O'Connor/Alfonso Villasenor
=======================================================================
**PROCEEDINGS:**　　　　　 XX  JURY TRIAL　　　　　　　　COURT TRIAL

 XX  Jury trial held  1st day
 XX  Case continued to May 28, 2009 at 9:45 a.m.. for further jury trial.
 XX  MOTIONS: Prior to jury selection the Court Adopts the Magistrate Judge's Report and Recommendation (#51) and rules as follows: Ordered DENYING: Motions in Limine -Alienage (#26); Aliases (#27); Prior Convictions (#30); GRANTING release of Brady Materials-*Henthorn* and *Giglio* to the extent they exist (#29); Preservation of Rough Notes (#32); Motion in Limine re: attacking the validity of prior deportation (#41).  ORDERED DENYING individual voir dire (#28); Finding as MOOT Motion to Bifurcate trial or sever counts (#31) parties having agreed to this.  Motion in Limine re: electronic records is MOOT (#37); Motion in Limine requiring fingerprints is MOOT (#47); fingerprints were taken. Motion in Limine re: Officer Finley (#62) is GRANTED.
　　　Jury retires to deliberate at
　　　Jury RETURNS WITH VERDICT(s) at　　　　　　　　　　Court finds
　　　　　　　　　GUILTY as to Count(s)
　　　 TAKEN UNDER ADVISEMENT
　　　 ORDER mistrial declared
　　　 Jury polled　　　　　　Jury not polled/waived
　　　 Continued for sentencing to:
　　　 ORDER defendant to remain released pending sentence / REMANDED to Marshal
 XX　 Other: Parties agree to alternating strikes and selection of the alternate. Rule invoked.  13 jurors are selected.  Lunch recess is taken. Out of the presence of the jury.  Defendant's oral motion for mistrial lis DENIED.  Cindy Finley is sworn and examined. Witnesses are sworn and examined (See separate list) Exhibits marked and admitted (See separate list)